THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREEVILLE DIVISION

BOBBIE ANN SPELLS                                                                                          PLAINTIFF

v.                                                                              CIVIL CASE NO. 4:20-CV-113-SA-RP

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY                                                     DEFENDANT

ORDER GRANTING MOTION TO DISMISS

Plaintiff has filed a *Motion to Dismiss* in this action stating that she does not wish to proceed with the appeal. Docket #16. The parties have completed briefing in this case, but the Commissioner does not object to dismissal. The court finds the motion is well taken and will be GRANTED. It is therefore ordered that this action is dismissed with prejudice.

SO ORDERED, this the 16th day of June, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE